UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ROCHELLE COLE,<br><br>Petitioner,<br><br>v.<br><br>RICHARD MONTES, Warden,<br><br>Respondent. | CASE NO. CV 20-08028 PA (RAO)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.


DATED:  March 8, 2021                  _____

                                        PERCY ANDERSON
                                        UNITED STATES DISTRICT JUDGE